Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2009-04148
## Juliano v Boston Sand & Gravel Co et al

| | | | | |
|---|---|---|---|---|
| **File Date** | 09/25/2009 | **Status** | Disposed: transferred to other court (dtrans) | |
| **Status Date** | 10/29/2009 | **Session** | A - Civil A, 3 Pemberton Sq, Boston | |
| **Origin** | 1 - Complaint | **Case Type** | B04 - Other negligence/pers injury/pro | |
| **Track** | F - Fast track | **Lead Case** | | **Jury Trial** Yes |

### DEADLINES

| | Service | Answer | Rule12/19/20 | Rule 15 | Discovery | Rule 56 | Final PTC | Judgment |
|---|---|---|---|---|---|---|---|---|
| **Served By** | | | 01/23/2010 | 01/23/2010 | 07/22/2010 | 08/21/2010 | | |
| **Filed By** | 12/24/2009 | 01/23/2010 | 02/22/2010 | 02/22/2010 | | 09/20/2010 | | 07/17/2011 |
| **Heard By** | | | 03/24/2010 | 03/24/2010 | | | 01/18/2011 | |

### PARTIES

**Plaintiff**
Patsy C Juliano
Active 09/25/2009

**Private Counsel 641495**
Richard Joyce
Newman & Newman PC
1 McKinley Square
Boston, MA 02109
Phone: 617-227-3361
Fax: 617-723-1710
Active 09/25/2009 Notify

**Defendant**
Boston Sand & Gravel Co
Service pending 09/25/2009

**Defendant**
Lafarge North America, Inc
Service pending 09/25/2009

**Private Counsel 564473**
Mark J Hoover
Campbell Campbell Edwards & Conroy
1 Constitution Center
3rd floor
Boston, MA 02129
Phone: 617-241-3000
Fax: 617-241-5115
Active 11/02/2009 Notify

**Private Counsel 544327**
Brian P Voke
Campbell Campbell Edwards & Conroy
1 Constitution Plaza
3rd floor
Boston, MA 02129
Phone: 617-241-3000
Fax: 617-241-5115
Active 11/02/2009 Notify

### ENTRIES

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2009-04148
## Juliano v Boston Sand & Gravel Co et al

| Date | Paper | Text |
|---|---|---|
| 09/25/2009 | 1.0 | Complaint filed with request for trial by jury all issues |
| 09/25/2009 | | Origin 1, Type B04, Track F. |
| 09/29/2009 | 2.0 | Civil action cover sheet filed ($175,000 ) |
| 10/28/2009 | | Copy of Petition for Removal to US Dist Court of defendant LaFarge North America, Inc., (US Dist# 09-cv-11799) |
| 10/29/2009 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

Nov. 3, 2009

I HEREBY ATTEST AND CERTIFY ON
_____ THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                           SUPERIOR COURT
                                                       C.A. NO. 09-4148A

PATSY C. JULIANO,                )
                                 )
                Plaintiff,       )       U.S. Dist #
                                 )       09-cv-11799
v.                               )
                                 )
BOSTON SAND & GRAVEL, CO. and    )
LAFARGE NORTH AMERICA, INC.,     )
                                 )
                Defendant.       )
_____)

### NOTICE OF REMOVAL

TO:   Clerk of the Superior Court           Richard Joyce, Esq.
      Suffolk County                        Newman & Newman, P.C.
      County Courthouse, 12th Floor         One McKinley Square
      Three Pemberton Square                Boston, MA  02109
      Boston, MA  02108

Please take notice that the defendant, Lafarge North America, Inc. ("Lafarge") with a principal place of business in Virginia, has this day filed a notice of removal pursuant to 28 U.S.C. § 1332, containing a statement of facts which entitled it to remove the case to the United States District Court for the District of Massachusetts at Boston, together with a copy of all pleadings in its possession.

LAFARGE NORTH AMERICA, INC.,

By their Attorneys,

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

_____
Brian P. Voke (BBO # 544327)
Mark J. Hoover (BBO # 564473)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

I HEREBY ATTEST AND CERTIFY ON
11-2-09, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Ass't Clerk

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the above document upon counsel for all parties by mail on October 26, 2009.

_____
Mark J. Hoover

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                                    SUFFOLK SUPERIOR COURT
                                               CIVIL ACTION NO.: SUCV2009-

                                               09-4148 -A

PATSY C. JULIANO              )
      Plaintiff,              )
                              )
v.                            )
                              )
BOSTON SAND & GRAVEL CO.      )
and LAFARGE NORTH             )
AMERICA, INC.                 )
      Defendant.              )
                              )

## COMPLAINT

1. The Plaintiff, Patsy C. Juliano is an adult individual residing in Peabody, Essex County, Massachusetts.

2. The Defendant, Boston Sand & Gravel Company ("Boston Sand") is a Massachusetts corporation duly organized and existing and having a principal place of business at 100 North Washington Street, 2nd Floor, Boston, Suffolk County, Massachusetts.

3. The Defendant, LaFarge North America, Inc. ("LaFarge") is a Maryland corporation duly organized and existing, having a principal place of business at 12950 Worldgate Drive, #500, Herndon, Virginia and registered to conduct business in the Commonwealth of Massachusetts as a foreign corporation.

4. On September 28, 2006, the Defendant, Boston Sand operated a cement plant in the Charlestown District of the City of Boston.

5. On September 28, 2006, the Defendant, LaFarge operated a cement plant in the Charlestown District of the City of Boston.

6. On September 28, 2006, the Plaintiff was operating her motor vehicle on Rutherford Avenue in the Charlestown District of the City of Boston.

7. On September 28, 2006, the Defendant, Boston Sand operated the equipment at the cement plant in such a negligent manner as to cause a silo malfunction which discharged crystalline silica into the atmosphere.

8. On September 28, 2006, the Defendant, LaFarge operated the equipment at the cement plant in such a negligent manner as to cause a silo malfunction which discharged crystalline silica into the atmosphere.

9. As a result of the discharge of crystalline silica into the atmosphere, there was a deposition of airborne silica particles onto the surface of the Plaintiff's eyes and skin. The Plaintiff was also caused to breathe the airborne silica particles.

10. As a direct and proximate result of the foregoing, the Plaintiff was caused to suffer great pain of the mind and body, forced to expend monies for medical expenses, and suffered a diminution in the quality of her life.

**WHEREFORE**, Plaintiff, Patsy C. Juliano, prays judgment against the Defendant, Boston Sand & Gravel Company and Defendant, LaFarge North America, Inc., joint and severally, for money damages and other such relief as this Court determines is fair and just.

**JURY CLAIM**, Plaintiff claims the right to a trial by jury on all issues.

I HEREBY ATTEST AND CERTIFY ON
Nov. 3, 2009 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____
Asst. Clerk

Patsy C. Juliano,
By Her Attorneys,

_____
Richard Joyce, BBO No.: 641495
Marshall F. Newman, BBO No.: 370560
Newman & Newman, P.C.
One McKinley Square
Boston, MA 02109
(617) 227-3361

Dated: September 18, 2009

*The Commonwealth of Massachusetts*

2

| CIVIL ACTION COVER SHEET | Trial Court of Massachusetts<br>SUPERIOR COURT DEPARTMENT<br>County: Suffolk | Docket Number<br>SUCV2009-1148-A |
|---|---|---|
| PLAINTIFF(S)<br>Patsy Juliano | DEFENDANT(S) Lafarge North America, Inc. and Boston Sand & Gravel Company | |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE<br>Richard Joyce, Esquire, Newman & Newman, P.C.<br>One McKinley Square, Boston, MA 02109<br>Board of Bar Overseers number: | ATTORNEY (if known) | |

Origin code and track designation

Place an x in one box only:
[x] 1. F01 Original Complaint
[ ] 2. F02 Removal to Sup.Ct. c. 231, s.104 (Before trial) (F)
[ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
[ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
[ ] 5. F05 Reactivated after rescript;relief from judgment/ Order (Mass.R.Civ.P. 60) (X)
[ ] 6. E10 Summary Process Appeal (X)

TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B04 | Other negligence | (F) | (X) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ........................ (Approximately) ......... $ 2,700
  2. Total Doctor expenses ........................ (Approximately) ......... $12,300
  3. Total chiropractic expenses ........................................... $
  4. Total physical therapy expenses ...................................... $
  5. Total other expenses (describe) ...................................... $
                                                            Subtotal $15,000
B. Documented lost wages and compensation to date ......................... $
C. Documented property damages to date ................................... $
D. Reasonably anticipated future medical and hospital expenses ........... $
E. Reasonably anticipated lost wages ..................................... $
F. Other documented items of damages (describe)
                                                                          $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

In addition to an irritation of her eyes, nose, throat and skin, Ms. Juliano was diagnosed with restrictive lung disease. According to the AMA "Guides to the Evaluation of Permanent Impairment", 6ht Edition, Ms. Juliano has a Class 2 (11-23%) whole person impairment rating based upon the results of her pulmonary function tests.

$160,000
TOTAL: $175,000

CONTRACT CLAIMS
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

                                                            TOTAL   $

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."
Signature of Attorney of Record _____   DATE: 7/25/09

A.O.S.C. 2003

I HEREBY ATTEST AND CERTIFY ON
11-2-09, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT